### EDENFIELD *v.* LANIER.

BELL, Justice. This case originated by an application for the processioning of an alleged disputed land line, upon which application the processioners made a return in favor of the applicant. The adjoining landowner filed a protest, in which, after making allegations as to the nature of the respective claims, she objected "to the foregoing proceedings for the reason the case is not a case for processioning and does not involve disputed land lines, but it is a case for ejectment involving title to an area of 25 acres of land between the two parties;" wherefore the protestant prayed that the return of the processioners be dismissed. The trial judge sustained an oral motion of the applicant to dismiss such protest, and directed a verdict in favor of the return. The protestant excepted, and the writ of error was returned to this court. *Held,* that neither the application nor the protest made a case "respecting title to land"; nor does the case otherwise come within the jurisdiction of this court. Accordingly, it must be transferred to the Court of Appeals. Ga. L. 1945, pp. 43-46, Constitution, article 6, section 2, paragraphs 4, 8, Code, Ann. Supp. 1945, §§ 2-3704, 2-3708; Code, chapter 85-16; *Elkins* v. *Merritt,* 146 *Ga.* 647 (92 S. E. 51); *Firemen's Insurance Co.* v. *Georgia Power Co.,* 181 *Ga.* 621 (183 S. E. 799); *Byrd* v. *McLucas,* 194 *Ga.* 40 (20 S. E. 2d, 597).

*Transferred to the Court of Appeals. All the Justices concur, except Wyatt, J., who took no part in the consideration or decision of this case.*

No. 16062. FEBRUARY 23, 1948.

*Hugh R. Kimbrough* and *Alfred Herrington,* for plaintiff in error.
*Anderson & Trapnell,* contra.